PROSKAUER ROSE LLP
Gershom R. Smith
1585 Broadway
New York, New York 10036
(212) 969-3751
gsmith@proskauer.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GARY BINKIEWICZ,                        :
                                        :
                Plaintiff,              :    08 CV 3996 (PKL)
                                        :
        v.                              :
                                        :    **NOTICE OF APPEARANCE**
FSI CAPITAL HOLDINGS, LLC,              :
                                        :
                Defendant.              :
----------------------------------------------------------x

To the Clerk of this Court and all parties of record:

       Please enter the appearance of Gershom R. Smith, Esq. of Proskauer Rose LLP as counsel of record in this case for defendant, FSI Capital Holdings, LLC.

       I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 16, 2008

Respectfully submitted,

_____
Gershom R. Smith
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3751
gsmith@proskauer.com
*Attorneys for Defendant*