```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GARY BINKIEWICZ,

                Plaintiff,    :    08 CV 3996 (PKL)

        v.

                                     :    **STIPULATION**

FSI CAPITAL HOLDINGS, LLC,    :

                Defendant.    :
------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Defendant's time to answer or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be extended from May 21, 2008 through June 20, 2008. No previous requests for extension have been made.

    A facsimile of this stipulation, and signatures by facsimile thereto, may serve with the same force and effect as the original.

Dated:      New York, New York
              May 15, 2008

_____                   _____
MICHAEL E. GRENERT, ESQ.                    GERSHOM R. SMITH, ESQ.
LIDDLE & ROBINSON, LLP                      PROSKAUER ROSE LLP
*Attorney for Plaintiff*                    *Attorney for Defendant*
800 Third Avenue, 8th Floor                 1585 Broadway
New York, NY 10022                          New York, NY 10036-8299
(212) 687-8500                              (212) 969-3751
mgrenert@liddlerobinson.com                 gsmith@proskauer.com

SO ORDERED
5/16/08

_____
U.S.D.J.