USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
GARY BINKIEWICZ,  :  08 Civ. 3996 (PKL) (KNF)
 :  ECF CASE
            Plaintiff,  :
 :  **NOTICE OF DISMISSAL**
    -against-  :
 :
FSI CAPITAL HOLDINGS, LLC,  :
 :
            Defendant.  :
---------------------------------------------------------------- X

    Plaintiff Gary Binkiewicz, by his attorneys, Liddle & Robinson, L.L.P., hereby voluntarily dismisses the action referenced in the caption above, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice, but without costs or attorneys' fees to either party.

Dated: New York, New York
      May 29, 2008

_____
Michael E. Grenert
Liddle & Robinson, L.L.P.
800 Third Avenue
New York, New York 10022
(212) 687-8500
mgrenert@liddlerobinson.com
*Attorneys for Plaintiff*

6/3/08

[signature]
U.S.D.J.